

# MEDINA COUNTY SHERIFF'S OFFICE

555 Independence Drive • Medina, OH 44256

**TERRY GRICE, SHERIFF**

## RETURN SERVICE OF CIVIL PROCESS

CASE NO. 121CV11081JMF

RECEIVED THIS CIVIL PROCESS ON 01/03/22 AT 1:48 _M

AND MADE  (A) PERSONAL  ((B) RESIDENTIAL)  (C) FAILURE OF

SERVICE UPON ISSA MABROUK . BY

(A) LOCATING, ( HIM / HER / THEM ) AND SERVING A COPY OF THE CIVIL PROCESS

ON ___/___/___.

(B) LEAVING A COPY WITH MICHAEL MABROUK

ON 01/04/22.

(C) NO SERVICE BECAUSE _____

_____ ATTEMPTS TO SERVE, WITH NO COOPERATION.

BY: Dep. Seibert 121
DEPUTY SHERIFF

**SERVICES RETURN FEES**

SERVICE $ _____
MILEAGE $ _____
POSTAGE $ _____
TOTAL FEES $ PAID
RETURN DATE 01/04/22

TERRY GRICE, SHERIFF

STATE OF OHIO
COUNTY OF MEDINA
AFFIDAVIT OF SERVICE

SUBSCRIBED AND SWORN TO ME

THIS 4th

DAY OF January, 2022

Dorinda M. Lucas
NOTARY PUBLIC, MEDINA COUNTY, OHIO
DORINDA M. LUCAS
My commission expires 4-26-2025

**HONESTY  INTEGRITY  LOYALTY  DEDICATION**