**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

Dino Antolini,                                                                    Case No.: 1:21-cv-11081

                        *Plaintiff*,                             DECLARATION OF
                                                         STUART H. FINKELSTEIN

                -*against*-

ZORBX Inc. et al

                        *Defendants*.
----------------------------------------------------------------X

      STUART H. FINKELSTEIN, an attorney duly admitted to practice in the United States District Court of the Southern District of New York, affirms the following under the penalties of perjury:

      1.      I am the Principal Attorney of the Finkelstein Law Group, attorneys for Plaintiff Dino Antolini and the Putative Class in the above-captioned matter. As Plaintiff's counsel, I am familiar with the facts and circumstances discussed herein based upon personal knowledge and the files maintained by this office.

      2.      I make this declaration in opposition to defendant's motion to dismiss.

      3.      A true and correct copy of Plaintiff's October 19, 2021 demand letter is annexed hereto as **Exhibit "A"**.

      4.      A true and correct copy of Defendants' October 28, 2021 responsive letter is annexed hereto as **Exhibit "B"**.

      5.      A true and correct copy of Defendants' Patent is annexed hereto as **Exhibit "C"**.

      6.      A true and correct copy of Defendants' Safety Data Sheet is annexed hereto as **Exhibit "D"**.

      7.      A true and correct copy of Defendants' Safety Data Sheet the is annexed hereto as

**Exhibit "E"**.

Dated: March 7, 2022
       Syosset, New York

                            Respectfully submitted,
                            By:_____S/_____
                            Stuart H. Finkelstein, Esq.
                            Finkelstein Law Group, PLLC
                            338 Jericho Turnpike
                            Syosset, New York 11791
                            Telephone: (718) 261-4900