

**LISTEN. SOLVE. EMPOWER.**
P: 330.253.5060  F: 330.253.1977  W: bmdllc.com
75 East Market Street, Akron, Ohio 44308

**Kyle A. Johnson, Esq.**
**Partner**
P: 330.374.7475
F: 330.374.7476
E: kajohnson@bmdllc.com

March 31, 2022

Hon. Jesse M. Furman
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, NY 10007

*Application GRANTED. The initial pretrial conference, scheduled for April 12, 2022, is adjourned sine die. The Clerk of Court is directed to terminate ECF No. 44. SO ORDERED.*

*[signature]*

*March 31, 2022*

RE:   *Dino Antolini v. ZORBX, Inc., et al., SDNY Case No. 1:21 CV 11081*

Dear Judge Furman:

The law firm of Brennan Manna & Diamond, LLC represents the Defendants, ZORBX, Inc., Issa Mabrouk, and Debbie Mabrouk. On behalf of the Defendants, I respectfully move this Court for an adjournment of the Initial Pretrial Conference scheduled for April 12, 2022, at 4:00 pm.

This is Defendants' first request for an adjournment of the Initial Pretrial Conference. Defendants' request is made in light of the Court's grant of a stay of discovery in this case pending resolution of Defendants' Motion to Dismiss (See, Doc# 43). In light of the discovery stay and Defendants' pending motion, the Initial Pretrial Conference would be premature.

Plaintiff's counsel opposes Defendants' request for an adjournment on the grounds that it would not be beneficial to the Plaintiff or his counsel. There are currently no other dates set in the case.

Accordingly, for good cause shown, Defendants respectfully request that the Court adjourn the Initial Pretrial Conference scheduled for April 12, 2022, at 4:00 pm.

Very truly yours,

BRENNAN, MANNA, & DIAMOND, LLC

*/s/ Kyle A. Johnson (Admitted Pro Hac Vice)*

Kathryn E. Hickner, Esq.
Jeff C. Miller, Esq. *(Admitted Pro Hac Vice)*