UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Dino Antolini,

                Plaintiff,

v.

ZORBX Inc. et al,

                Defendants.

Case No. 1:21-cv-11081 (JMF)

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dino Antolini hereby dismisses all claims against Defendants in the above captioned action with prejudice.

Dated: August 1, 2022

                                            THE HONORABLE Jesse M. Furman
                                            United States District Judge

Respectfully submitted,

By: _____
Stuart H. Finkelstein, Esq.
Finkelstein Law Group, PLLC
338 Jericho Turnpike
Syosset, New York 11791
Telephone: (718) 261-4900